COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:   Umuoji Improvement Union (North America), Inc., a Nebraska
corporation v. Umuoji Improvement Union ( North America), Inc.,
Massachusetts Corporation

Appellate case number:   01-20-00732-CV

Trial court case number:   19-DCV-258782

Trial court:   268th District Court of Fort Bend County

Appellant has filed a motion for emergency relief staying the judgment. Appellant contends that the trial court clerk indicated the funds in the registry of the court might be released as soon as tomorrow.

The Court **ORDERS** the judgment and any release of funds currently deposited in the registry of the court **STAYED** pending disposition of appellant's emergency motion. The court directs appellee to file an expedited response to the emergency motion **no later than noon on Friday, October 30, 2020**.

It is so ORDERED.

Judge's signature: __Chief Justice Sherry Radack_____
☑ Acting individually   ☐ Acting for the Court

Date:   __October 28, 2020_____